> Motion GRANTED.
> Extension to 3/1/2017.
>
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs, | ) No. 3:16-CR-00176-006 |
| | ) JUDGE TRAUGER |
| JOEDON BRADLEY | ) |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes the defendant Joedon Brandley, by and through counsel, to file A Motion for Extension of time to file pretrial motions, which deadline is set by Local Rule at 28 days following arraignment, LCrR12.01(b), and would show the following:

Mr. Bradley was in Court for Arraignment on the Second Superseding Indictment in this case on December 23, 2016. Counsel received discovery on or about January 7, 2017, and January 10, 2017. Discovery was provided on 12 computer discs and 3 flash drives. Apparently at this time a trial date has not been set, in part because co-defendant counsel requested a continuance of trial on the Superseding Indictment, which was granted, with trial to be set at a later date. (Docket entry 61, 10/31/2016)

Because of the extensive discovery provided, counsel submits that it would be appropriate to extend the pretrial motions for 35 days, or to March 1, 2017.

Respectfully submitted,
/S/ THOMAS J. DRAKE
THOMAS J. DRAKE
Po box 218187
NASHVILLE TN 37221
615-320-1717
DRAKE.COURT@THOMASJDRAKE.COM