IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:16-CR-00176-006 |
| vs, ) | JUDGE TRAUGER |
| ) | |
| JOEDON BRADLEY ) | |
| ) | |

MOTION TO FILE UNDER SEAL

Comes counsel to pray for permission to file a motion under seal.

RESPECTFULLY SUBMITTED:
/s/ THOMAS J DRAKE
THOMAS J. DRAKE
PO BOS 218187
NASHVILLE TN 37209
(615)320-1717
Drake.Court@ThomasJDrake.com